*Various CH. 13s*

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79 / 611      0627023

August 19, 2010

PAY  Exactly Nine Thousand Eight Hundred Sixteen And 40/100 Dollars

$******9,816.40

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.* (signature)

⑃0627023⑃ ⑉061100790⑉ 8800517495⑃

---

8/24/10

DEPOSITED TO TREASURY

UNCLAIMED.

SEE ATTACHED SHEETS

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227538     - KW
 * * C O P Y * *
August 24, 2010
    11:18:27


TREASURY REGFUND
Debtor.: VARIOUS CH. 13S
Amount.:          $9,816.40 CH
Check#.: 0627023




Total-> $9,816.40


FROM: BEAULIEU
```

The attached checks previously forwarded have never been presented in payment by the court.

Registry Check #627023

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 04-13716 | PASTERIO, JOSEPH LUTHER<br>39067 HWY 10<br>FRANKLINTON LA 70438 | 0.01 | NORTH START EMS<br>1115 SOUTH BENTON STREET<br>SEARCY AR 72143 |
| 04-15172 | JOHNSON, TERRANCE LAVELL<br>JOHNSON, BEVERLY ANN<br>4053 INDIGO CT<br>HARVEY LA 70058 | 15.14 | (debtor) |
| 04-18669 | PEMBRICK, TYRONE<br>PEMBRICK, CHANEL<br>3156 TOUCHWOOD DR<br>HARVEY LA 70058 | 30.00 | MR MONEY<br>#A<br>7159 BUECHE RD<br>BUECHE LA 70729 |
| 05-10677 | THIBODEAUX, ANTHONY<br>123 S CLARK ST<br>NEW ORLEANS LA 70119 | 211.00 | (debtor) |
| 05-11782 | BRISCO, ESSIE MAE<br>APT A<br>2597 LOBLOLLY<br>ALEXANDRIA LA 71303 | 4,893.06 | (debtor) |
| 05-14059 | DABNEY SR, LOUIS<br>DABNEY, DEIDRA<br>25 ROSA ST<br>WAGGAMAN LA 70094 | 100.61 | ALLTEL<br>BLD 5<br>1 ALLIED DRIVE<br>LITTLE ROCK AR 72202 |
| 05-14494 | BRAVENDER, BRIAN PATRICK<br>BRAVENDER, NANCY SHAW<br>915 SECOND ST<br>NEW ORLEANS LA 70130 | 346.67 | KIRSCHMANS<br>5050 ALMONASTER RD<br>NEW ORLEANS LA 70126 |
| 05-16592 | JOHNSON, MARONTA RITA<br>PO BOX 1486<br>GRETNA LA 70054 | 82.00 | (debtor) |
| 05-20035 | LACROIX, KIRK ANTHONY<br>LACROIX, SHELLY<br>4810 MAJOR DR<br>NEW ORLEANS LA 70128 | 32.00 | CITY OF NEW ORLEANS<br>RM 5E03<br>1300 PERDIDO ST<br>NEW ORLEANS LA 70112 |
| 05-21632 | NEIL SR, DRUBY P<br>NEIL, EURALEE A<br>207 JERRY ANN ST<br>CHAUVIN LA 70344 | 169.13 | TERREBONNE GENERAL MEDICAL CTR<br>PO BOX 95472<br>NEW ORLEANS LA 70195 |
| 06-10977 | WILLIAMS, LEE JAMES<br>PO BOX 839<br>GRAY LA 70359 | 9.75 | ALLTEL<br>BLD 5<br>1 ALLIED DRIVE<br>LITTLE ROCK AR 72202 |

FILED
2010 AUG 23 A 11:32

Registry Check #627025

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 06-11288 | BILLIOT, DENNY<br>BILLIOT, JENNIFER<br>312 LOUISE LN<br>HOUMA LA  70364 | 450.28 | TERREBONNE GENERAL MEDICAL CTR<br>PO BOX 95472<br>NEW ORLEANS LA  70195 |
| 07-10247 | BRUNET, MICHAEL<br>APT 240<br>5467 W PARK<br>HOUMA LA  70364 | 615.00 | (debtor) |
| 07-10946 | DUBOIS, NEAL<br>DUBOIS, AMANDA<br>136 GLENHILL DR<br>HOUMA LA  70363 | 588.17 | (debtor) |
| 07-11046 | KIMBRELL, ROBERT<br>KIMBRELL, BOBBIE<br>53482 PARKER RD<br>BOGALUSA LA  70427 | 11.82 | (debtor) |
| 07-11931 | DAVIS, ELEAST T<br>2214 FRERET ST<br>NEW ORLEANS LA  70113 | 28.70 | CITY OF NEW ORLEANS % LAWRENCE BLAKE JONES ESQ<br>SUITE 4100<br>701 POYDRAS ST<br>NEW ORLEANS LA  70139 |
| 07-12188 | WHITE, KENNETH<br>WHITE, AVA GROVER<br>5780 EASTOVER DR<br>NEW ORLEANS LA  70128 | 317.87 | (debtor) |
| 08-10994 | CATOIRE, WILLIAM P<br>CATOIRE, ANTHONIA M<br>PO BOX 611<br>MADISONVILLE LA  70447 | 109.00 | (debtor) |
| 08-11178 | HUNTER JR, CHRISTOPHER<br>2710 PRANCER ST<br>NEW ORLEANS LA  70131 | 6.89 | (debtor) |
| 08-11996 | JACKSON SR, IRVIN L<br>JACKSON, DENEEN M<br>5179 FOREST PARK LANE<br>NEW ORLEANS LA  70131 | 1,268.12 | 1ST FRANKLIN FINANCIAL CORP<br>150 ALLEGHENY CENTER MALL<br>PITTSBURGH PA  15212 |
| 09-11137 | BROWN, COREY<br>BROWN, PATRICIA<br>APARTMENT B<br>4230 LAC DU BAY DR<br>HARVEY LA  70058 | 531.18 | (debtor) |
|  |  | $9,816.40 |  |